UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAY 1 6 2013

Clerk, U.S. District and
Bankruptcy Courts

Xavier Flores,                )
                              )
     Plaintiff,               )
                              )
          v.                  )      Civil Action No.
                              )                        13- 720
Chase Bank,                   )
                              )
     Defendant.               )
_____ )

## MEMORANDUM OPINION

This matter is before the Court on review of plaintiff's *pro se* complaint and application

to proceed *in forma pauperis*.  The application will be granted and the case will be dismissed

pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) (requiring dismissal of a case upon a determination that

the complaint fails to state a claim upon which relief may be granted).

Plaintiff, a homeless individual who submitted more than 30 cryptic complaints within

the first two weeks of March alone, sues Chase Bank purportedly under the Americans with

Disabilities Act ("ADA"), 42 U.S.C. § 12101 *et seq*.  He states only that "Chase did not provide

service when I used my card."  Compl. at 1.

A plaintiff's "allegations must be enough to raise a right to relief above the speculative

level . . . ."  *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 555 (2007) (citations omitted); *see*

*Aktieselskabet AF 21. Nov. 2001 v. Fame Jeans, Inc.*, 525 F.3d 8, 16 n.4 (D.C. Cir. 2008) ("We

have never accepted 'legal conclusions cast in the form of factual allegations' because a

complaint needs some information about the circumstances giving rise to the claims.") (quoting

1

*Kowal v. MCI Commc'ns Corp.*, 16 F.3d 1271, 1276 (D.C. Cir. 1994)).  Plaintiff does not allege

that he was treated differently because of a disability and, therefore, has stated no facts to support

an ADA claim.  A separate Order of dismissal accompanies this Memorandum Opinion.

_____
United States District Judge

Date:  May 3    , 2013